

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00295-CR

Joshua **CASAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4739
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 30, 2024.

Liza A. Rodriguez, Justice